**TAKEDA PHARMACEUTICAL COMPANY LIMITED, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc., and Ethypharm, S.A., Plaintiffs–Appellants,**

v.

**TEVA PHARMACEUTICALS USA, INC. and TEVA Pharmaceutical Industries Ltd., Defendants–Appellees.**

No. 2010–1104.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2010.

Eric J. Lobenfeld, Hogan & Hartson LLP, of New York, NY, argued for plaintiffs-appellants. With him on the brief were Arlene L. Chow, Dillon Kim and Philippe Yoland Riesen, of Shinjuku, Tokyo, Japan. Of counsel on the brief were Stuart E. Pollack, DLA Piper (US), of New York, NY; Paul A. Ragusa and Jennifer Cozeolino Tempesta, Baker Botts L.L.P., of New York, NY.

Thomas J. Meloro, Jr., Willkie Farr & Gallagher LLP, of New York, NY, argued for defendants-appellees. Of counsel were

John L. North, Jeffrey J. Toney, Laura Fahey Fritts and Darcy L. Jones, Sutherland Asbill & Brennan LLP, of Atlanta, GA.

Before MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.